# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL JOHN DENHAM,<br><br>    Plaintiff,<br><br>v.<br><br>S. SHERMAN, et al.,<br><br>    Defendants. | Case No. 1:20-cv-01645-KES-CDB (PC)<br><br>**ORDER RE STIPLUATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 78) |

On October 22, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 78.) The stipulation is signed and dated by Plaintiff Paul Denham and by Terrence F. Sheehy, counsel for Defendants B. Maltman, W. Elszy, O. Ronquillo, J. Collins, S. Sherman, D. Martin, T. Cisneros, M. Davis, D. Perkins, R. Milam, T. Brasil, and T. Cooper. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2025**

UNITED STATES MAGISTRATE JUDGE